UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HARBERT DISCOVERY FUND, LP and HARBERT DISCOVERY CO-INVESTMENT FUND I, LP, both individually and derivatively on behalf of Enzo Biochem, Inc.,

*Plaintiffs*,

- against -

ENZO BIOCHEM, INC., DR. ELAZAR RABBANI, BARRY W. WEINER, DR. BRUCE A. HANNA, DOV PERLYSKY, and REBECCA FISCHER,

*Defendants*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/17/2020

No. 20-cv-1021-MKV

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

MARY KAY VYSKOCIL, District Judge:

The Court has received Plaintiffs' letter expressing a desire to dismiss this action [ECF #42] and Defendants' response consenting to such dismissal [ECF #43]. Accordingly,

IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: July 17, 2020
New York, New York

By: *Mary Kay Vyskocil*
MARY KAY VYSKOCIL
United States District Judge

1